IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH BLASINGAME,

    Petitioner,

vs.

J.W. HAVILAND,

    Defendant.

                               /

No. CIV S-09-1870 EFB P

<u>ORDER AND FINDINGS</u>
<u>AND RECOMMENDATIONS</u>

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

       On July 17, 2009, the court found that plaintiff had failed to pay the filing fee required by 28 U.S.C. § 1914(a) or a request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). Plaintiff was granted thirty days in which to pay the filing fee or file an application to proceed *in forma pauperis* and was warned plaintiff that failure to comply would result in a recommendation that this action be dismissed.

       The 30-day period has expired and plaintiff has not paid the filing fee, filed a completed *in forma pauperis* application or complaint, or otherwise responded to the court's order.

////

1     Accordingly, it is hereby ORDERED that the Clerk shall randomly assign a United States District Judge to this case; and

3     Further, it is hereby RECOMMENDED that this action be dismissed without prejudice.

4     These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  September 8, 2009.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE